UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT EUGENE ROJAS, | No. 2:20-cv-1275 TLN CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| J. LYNCH, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a motion for emergency relief without properly commencing a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 20, 2020, the undersigned issued Findings and Recommendations which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations indicating that he does not have access to the § 1983 form and that the prison where he is incarcerated is denying him access to stationary supplies.

    A review of the court's docket indicates that plaintiff was sent the § 1983 form along with the court's June 30, 2020 order. ECF No. 3. While plaintiff acknowledges receiving a copy of the court order, although it was belatedly delivered to him by prison officials in August, he does

not indicate whether the § 1983 form complaint was included.  In light of the information contained in plaintiff's objections, the court will vacate its Findings and Recommendations issued August 20, 2020 and direct the Clerk of Court to send plaintiff the § 1983 form to properly commence a civil action.  Plaintiff will be granted an additional 45 days from the date of this order to file a complaint in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 20, 2020, (ECF No. 5) are vacated.

2. Plaintiff is granted forty-five days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The complaint must bear the docket number assigned this case.  Plaintiff shall also submit, within forty-five days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $400.00.  Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

3. The Clerk of the Court is directed to once again send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

Dated:  September 3, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/roja1275.vacateF&R.docx